CHARLES E. WEMPLE et al., Appellants, *v.* DAVID M. HILDRETH, Respondent.

(Argued December 11, 1883 ; decided January 15, 1884.)

*Artemus B. Smith* for appellants.

*Robert S. Green* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.